UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Diane Ford,<br><br>               Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc.,<br><br>               Defendant. | Civil File No. 0:18-cv-03196-DSD-KMM<br><br>**DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS** |

TO: Plaintiff Diane Ford and her attorneys of record: Brian Mildenberg, Mildenberg Law Firm, 1735 Market St., Suite 3750, Philadelphia, PA 19103; Matthew Weisberg, Weisberg Law, 7 South Morton Ave, Morton, PA 19070; and Michael Bryant, Bradshaw & Bryant, PLLC, 1505 Division Street, Waite Park, MN 56387.

PLEASE TAKE NOTICE that on April 18, 2019, at 9:30 a.m., before The Honorable David S. Doty, at the United States Courthouse, Courtroom 14W, 300 South Fourth Street, Minneapolis, Minnesota 55415, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Delta Air Lines, Inc. will move the Court for an Order dismissing all of Plaintiff Diane Ford's claims in the above-captioned case for failure to state a claim upon which relief may be granted. Each side shall have 15 minutes for oral argument.

Dated: February 20, 2019 DORSEY & WHITNEY LLP

By   *s/ Lily Dobson*
    JoLynn M. Markison (#0386876)
    markison.jolynn@dorsey.com
    Lily Dobson (#0398339)
    dobson.lily@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

***Attorneys for Delta Air Lines, Inc.***