UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Diane Ford,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc.,<br><br>　　　　　　　Defendant. | Civil File No. 0:18-cv-03196-DSD-KMM<br><br>**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Delta Air Lines, Inc. hereby moves the Court for an Order dismissing with prejudice all of Plaintiff Diane Ford's claims in the above-captioned case for failure to state a claim upon which relief may be granted. This motion is based on Defendant's Memorandum of Law in support of the motion, the pleadings on file, the arguments of counsel, and all files, records, and proceedings herein.

Dated: March 29, 2019　　　　　　　DORSEY & WHITNEY LLP

　　　　　　　　　　　　　　　　　　By  /s/ JoLynn M. Markison
　　　　　　　　　　　　　　　　　　　　JoLynn M. Markison (#0386876)
　　　　　　　　　　　　　　　　　　　　markison.jolynn@dorsey.com
　　　　　　　　　　　　　　　　　　　　Lily Dobson (#0398339)
　　　　　　　　　　　　　　　　　　　　dobson.lily@dorsey.com
　　　　　　　　　　　　　　　　　　50 South Sixth Street, Suite 1500
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone: (612) 340-2600
　　　　　　　　　　　　　　　　　　Facsimile: (612) 340-2868

　　　　　　　　　　　　　　　　　　*Attorneys for Delta Air Lines, Inc.*